COPY

1  Lee A. Cirsch (SBN 227668)
2  THE LANIER LAW FIRM
3  2049 Century Park East, Suite 1940
   Los Angeles, California 90067
4  Phone: (310) 277-5100
5  Fax:  (310) 277-5103
   lee.cirsch@lanierlawfirm.com
6
   Attorneys for Plaintiff
7  MYSTIQUE, INC.

8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12  MYSTIQUE, INC.                    Case No. CV12- 10217 RGK (RZx)
13  a California corporation,
                                       COMPLAINT FOR:
14              Plaintiff,
                                       (1) COPYRIGHT
15      vs.                                INFRINGEMENT;
                                       (2) VICARIOUS AND/OR
16                                         CONTRIBUTORY
17  IVANKA TRUMP MARKS, LLC, a            COPYRIGHT
    Delaware limited liability company;    INFRINGEMENT;
18  IVANKA TRUMP MARKS II, LLC, a      (3) ACCOUNTING;
19  Delaware limited liability company;  (4) VIOLATION OF
    FISHER FOOTWEAR LLC, a              CALIFORNIA BUSINESS AND
20  Delaware limited liability company;    PROFESSIONS CODE
    MARC FISHER LLC, a Delaware          SECTION 17200
21  limited liability company; MARC
22  FISHER RETAIL LLC, a Delaware
    limited liability company; and DOES 1-
23  10, inclusive,                     DEMAND FOR JURY TRIAL
24
25              Defendants.

26

27

28

- 1 -

## COMPLAINT

Plaintiff MYSTIQUE, INC. alleges as follows:

## THE PARTIES

1.     Plaintiff MYSTIQUE, INC. ("Plaintiff") is a California corporation with its principal place of business in Los Angeles, California.  Plaintiff designs, manufactures, markets and distributes high-end women's sandals.

2.     Upon information and belief, defendant IVANKA TRUMP MARKS, LLC is a Delaware limited liability company with an unknown principal place of business.  Upon information and belief, such defendant is the licensor of the shoe brand "Ivanka Trump", and manufactures, distributes, advertises, markets, and sells such shoes throughout the United States and the world, including within this judicial district.

3.     Upon information and belief, defendant IVANKA TRUMP MARKS II, LLC is a Delaware limited liability company with an unknown principal place of business.  Upon information and belief, such defendant is the licensor of the shoe brand "Ivanka Trump", and manufactures, distributes, advertises, markets, and sells such shoes throughout the United States and the world, including within this judicial district.

4.     Upon information and belief, defendant FISHER FOOTWEAR LLC is a Delaware limited liability company with a principal place of business in Greenwich, Connecticut.  Upon information and belief, such defendant is the licensee of the shoe brand "Ivanka Trump", and manufactures, distributes, advertises, markets, and sells such shoes throughout the United States and the world, including within this judicial district.

5.     Upon information and belief, defendant MARC FISHER LLC is a Delaware limited liability company with a principal place of business in Greenwich, Connecticut.  Upon information and belief, such defendant is the

licensee of the shoe brand "Ivanka Trump", and manufactures, distributes, advertises, markets, and sells such shoes throughout the United States and the world, including within this judicial district.

6.     Upon information and belief, defendant MARC FISHER RETAIL LLC is a Delaware limited liability company with a principal place of business in Greenwich, Connecticut.  Upon information and belief, such defendant is the licensee of the shoe brand "Ivanka Trump", and manufactures, distributes, advertises, markets, and sells such shoes throughout the United States and the world, including within this judicial district.

7.     Plaintiff does not know the true names and capacities of the defendants sued as Does 1 through 10, inclusive, and therefore sues such defendants by such fictitious names.  Plaintiff is informed and believes, and therefore alleges that each of the defendants sued as Does 1 through 10, is responsible in some manner for the wrongful conduct alleged below, and that the infringement and other wrongful acts alleged below were proximately caused by such defendants' acts.  Plaintiff will amend this complaint to allege such defendants' true names and capacities when ascertained.

8.     Upon information and belief, defendants and each of them were agents of the others, and the infringement and other wrongful conduct alleged herein was done within the scope of that agency, and was done with the consent, knowledge and/or ratification of each of the other defendants.

## JURISDICTION AND VENUE

9.     The Court has original jurisdiction of this action under 28 U.S.C. §§1331 and 1338 in that the claims herein arise under federal copyright laws (17 U.S.C. § 101 *et. seq.*)  This Court has jurisdiction of the related state claims under 28 U.S.C. § 1367(a).

10.     Venue is proper in this Court pursuant to 28 U.S.C. §1391(b) because a substantial part of the events and omissions giving rise to the claims herein occurred in this district, and all defendants are subject to personal jurisdiction in this district.

## FIRST CLAIM FOR RELIEF

### Copyright Infringement -- 17 U.S.C. § 101 *et seq.*

(Against All Defendants)

11.     Plaintiff realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 10, inclusive.

12.     Plaintiff designs, manufactures and sells high quality women's sandals consisting of original and distinctive ornamental designs.

13.     Among the many sandals designed, manufactured, and sold by Plaintiff is the sandal entitled "By The Sea – Style 3323" (hereinafter "3323"). Attached hereto as Exhibit A is a true and correct photograph of Plaintiff's 3323.

14.     The ornamental design affixed to Plaintiff's 3323 is an original copyrightable ornament design created by Plaintiff.  It is duly and properly registered with the United States Copyright Office as Copyright Registration No. VA 1-822-144.  A copy of the Certificate of Registration is attached hereto as Exhibit B.

15.     Another sandal designed, manufactured, and sold by Plaintiff is the sandal entitled "Starry Eyed – Style 4179" (hereinafter "4179").  Attached hereto as Exhibit C is a true and correct photograph of Plaintiff's 4179.

16.     The ornamental design affixed to Plaintiff's 4179 is also an original copyrightable ornament design created by Plaintiff.  It is duly and properly registered with the United States Copyright Office as Copyright Registration No. VA 1-822-145.  A copy of the Certificate of Registration is attached hereto as Exhibit D.

17.    Since their creation, Plaintiff has been, and still is, the sole owner of all right, title, and interest in and to 3323 and 4179, including the corresponding copyrights and Certificates of Registration.

18.    Plaintiff has recently learned that Defendants have engaged and are continuing to engage in the manufacturing, advertising, marketing, distribution and sale of shoes bearing reproductions, counterfeits, copies, and/or colorable imitations of Plaintiff's 3323 and 4179 thereby infringing such copyrights. Attached hereto as Exhibit E is a true and correct photograph of Defendants' "Pia" sandal which is a substantially identical copy of Plaintiff's 3323.  Attached hereto as Exhibit F is a true and correct photograph of Defendants' "Pandra" sandal which is a substantially identical copy of Plaintiff's 4179.

19.    Defendants' infringing shoes are in competition with Plaintiff's sales of its shoes, and the acts alleged herein have been without the permission, license or consent of Plaintiff.  Well prior to the manufacture, offer for sale, and sale by Defendants of the infringing shoes, Plaintiff sold the 3323 and 4179 style shoes in prominent retail and other sales outlets.

20.    Defendants have committed and are continuing to commit acts of copyright infringement against Plaintiff.  Further, Defendants' acts are willful, deliberate and committed with prior notice and knowledge of Plaintiff's copyrights.  At a minimum, Defendants were willfully blind and acted in reckless disregard of Plaintiff's copyrights.

21.    As a result of such activities, Defendants are liable to Plaintiff for willful copyright infringement under 17 U.S.C. §501.  Upon information and belief, Plaintiff has suffered, and will continue to suffer, substantial damage to its business reputation and goodwill, as well as losses in an amount not yet ascertained, but which will be determined according to proof.  In addition to Plaintiffs actual damages, Plaintiff is entitled to receive defendants' profits from their wrongful acts, pursuant to 17 U.S.C. §504. In the alternative, Plaintiff is

1    entitled to statutory damages pursuant to 17 U.S.C. §504(c), and such statutory
2    damages should be enhanced in accordance with 17 U.S.C. §504(c)(2) because of
3    defendants' willful copyright infringement.

4         22.    Plaintiff has no adequate remedy at law for Defendants' wrongful
5    conduct in that (i) Plaintiff's copyrights are unique and valuable property which
6    have no readily determinable market value; (ii) the infringement by Defendants
7    constitutes an interference with Plaintiff's goodwill and customer relationships;
8    and (iii) Defendants' wrongful conduct, and the damages resulting to Plaintiff
9    therefrom, is continuing.  Defendants' acts of copyright infringement have caused
10   Plaintiff irreparable injury, and defendants threaten to continue to commit these
11   acts.  Accordingly, Plaintiff is entitled to injunctive relief pursuant to 17 U.S.C.
12   §502, and to an order under 17 U.S.C. §503 that any infringing shoes and/or
13   components be impounded and/or destroyed.

14        23.    Plaintiff is also entitled to recover its attorneys' fees and costs of suit
15   pursuant to 17 U.S.C. §505.

16

17                          **SECOND CLAIM FOR RELIEF**

18            **Vicarious and/or Contributory Copyright Infringement**

19                          (Against All Defendants)

20        24.    Plaintiff realleges and incorporates by this reference each and every
21   allegation set forth in paragraphs 1 through 23, inclusive.

22        25.    Plaintiff is informed and believes and thereon alleges that Defendants
23   knowingly induced, participated in, aided and abetted in and profited from the
24   infringement alleged herein.

25        26.    Plaintiff is informed and believes and thereon alleges that Defendants,
26   and each of them, are vicariously liable for the infringement alleged herein because
27   they had the right and ability to supervise the infringing conduct and because they
28   had a direct financial interest in the infringing conduct.

27.     By reason of the Defendants', and each of their, acts of contributory and vicarious infringement as alleged above, Plaintiff has suffered and will continue to suffer substantial damages to its business in an amount to be established at trial, as well as additional general and special damages in an amount to be established at trial.

28.     Due to Defendants' acts of copyright infringement as alleged herein, Defendants, and each of them, have obtained direct and indirect profits they would not otherwise have realized but for their infringement.  As such, Plaintiff is entitled to disgorgement of Defendants' profits directly and indirectly attributable to Defendants' infringement in an amount to be established at trial.

29.     Plaintiff is informed and believes and thereon alleges that the infringement alleged herein was willful, reckless, and/or in blatant disregard for Plaintiff's rights as a copyright holder, and as such, claims willful, exemplary and enhanced statutory damages.

## THIRD CLAIM FOR RELIEF

### Accounting

(Against All Defendants)

30.     Plaintiff realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 29, inclusive.

31.     Plaintiff is entitled, pursuant to 17 U.S.C. §504, to recover any and all profits of the Defendants that are attributable to their acts of infringement.

32.     Plaintiff is entitled, pursuant to 17 U.S.C. §504, to actual damages or statutory damages sustained by virtue of the Defendants' acts of infringement.

33.     The amount of money due from Defendants to Plaintiff is unknown to Plaintiff and cannot be ascertained without a detailed accounting by Defendants of the precise number of units of infringing material offered for distribution and distributed by Defendants.

## FOURTH CLAIM FOR RELIEF

### Violation of Cal. Bus. & Prof. Code § 17200 *et. seq.*

(Against All Defendants)

34.     Plaintiff realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 33, inclusive.

35.     Defendants' acts as alleged herein constitute unlawful, unfair or fraudulent business acts or practices, and unfair, deceptive, untrue or misleading advertising, under California Business and Professions Code § 17200 et seq.

36.     Plaintiff is informed and believes, and on that basis alleges, that Defendants have profited and are profiting from such unfair competition and that Plaintiff has suffered injury in fact and damages by such unfair competition. Plaintiff therefore is entitled to disgorgement, restitution or other recovery of damages from Defendants in an amount to be proven at trial.

37.     Plaintiff is informed and believes, and on that basis alleges, that Defendants acted with oppression, fraud or malice in committing unfair competition, so as to justify an award of punitive damages.

## PRAYER FOR RELIEF

THEREFORE, Plaintiff requests judgment against Defendants as follows:

A.     Defendants and their officers, agents, servants, employees, and attorneys and all those in active concert and participation with them, be preliminarily and permanently enjoined from:

(i) manufacturing, reproducing, displaying, publishing, vending, distributing, selling, promoting, importing, exporting, and/or advertising, assisting, inducing, or contributing to the manufacturing, reproducing, displaying, publishing, vending, distributing, selling, promoting, and/or advertising any product that contains substantial material copied from and substantially similar to 3323 and 4179;

1       (ii) otherwise infringing the copyrights in the 3323 and 4179

2    ornamental designs, including but not limited to the copyright represented by

3    Copyright Registration Nos. VA 1-822-144 and VA 1-822-145;

4       (iii) otherwise infringing any other copyrighted ornamental designs

5    held by Plaintiff;

6      B. During the pendency of this lawsuit, Defendants be required to deliver

7    to Plaintiff for storage or destruction all shoes which include copies of the 3323

8    and 4179 ornamental designs;

9      C. Defendants be required to pay to Plaintiff statutory damages or such

10   actual damages as Plaintiff sustained in consequence of the infringements by

11   Defendant of the 3323 and 4179 ornamental designs and to account for and pay to

12   Plaintiff all gains, profits and advantages which are attributable to the

13   infringement, with full costs and reasonable attorneys' fees to be allowed to

14   Plaintiff as provided in 17 U.S.C. §§ 504 and 505, and in the event statutory

15   damages are awarded, that the award be increased due to the willful nature of the

16   infringement;

17     D. Restitution and disgorgement of all revenue that Defendants have

18   obtained through the manufacture, distribution, marketing, and sale of the

19   infringing shoes; and

20     E. Such other and further relief as the Court may deem just and proper.

21

22   Dated: November 29, 2012   THE LANIER LAW FIRM

23

24

25

26             Lee A. Cirsch
               Attorneys for Plaintiff

27             MYSTIQUE, INC.

28   ////////

## JURY DEMAND

Plaintiff MYSTIQUE, INC. hereby demands a trial by jury.

THE LANIER LAW FIRM

Lee A. Cirsch
Attorneys for Plaintiff
MYSTIQUE, INC.

# EXHIBIT A



# EXHIBIT B

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

## VA 1-822-144

Effective date of
registration:

June 20, 2012

---

## Title

**Title of Work:** Mystique - Style 3323

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** May 15, 2008   **Nation of 1st Publication:** United States

## Author

**Author:** Mysique, Inc.

**Author Created:** sculpture

**Work made for hire:** Yes

**Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Mystique, Inc.

2601 S. Santa Fe Ave., Suite #7, Vernon, CA, 90058, United States

## Rights and Permissions

**Organization Name:** Law Office of Darin Margules

**Name:** Darin Margules

**Email:** darin@marguleslawfirm.com   **Telephone:** 818-344-5900

**Address:** 17835 Ventura Blvd.

Suite 104

Encino, CA 91316  United States

## Certification

**Name:** Darin Margules

**Date:** June 20, 2012

---

# EXHIBIT C



# EXHIBIT D

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**VA 1-822-145**

Effective date of registration:
June 20, 2012

## Title

Title of Work: Mystique - Style 4179

## Completion/Publication

Year of Completion: 2010

Date of 1st Publication: August 15, 2010    Nation of 1st Publication: United States

## Author

Author: Mystique, Inc.

Author Created: sculpture

Work made for hire: Yes

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Mystique, Inc.

2601 S. Santa Fe Ave., Suite 7, Vernon, CA, 90058, United States

## Rights and Permissions

Organization Name: Law Office of Darin Margules

Name: Darin Margules

Email: darin@marguleslawfirm.com    Telephone: 818-344-5900

Address: 17835 Ventura Blvd.

Suite 104

Encino, CA 91316  United States

## Certification

Name: Darin Margules

Date: June 20, 2012

# EXHIBIT E



EXHIBIT F





Name & Address:
Lee A. Cirsch (SBN 227668)
THE LANIER LAW FIRM
2049 Century Park East, Ste. 1940
Los Angeles, CA 90034

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSTIQUE, INC., a California Corporation<br><br>PLAINTIFF(S)<br><br>v.<br><br>Ivanka Trump Marks, LLC.<br>See attached<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV12-10217 RGK(RZx)<br><br><br>SUMMONS |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within _21_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Lee A. Cirsch_____, whose address is _The Lanier Law Firm 2049 Century Park East, Ste. 1940 L.A. CA 90034_ If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

NOV 2 9 2012

Dated: _____

Clerk, U.S. District Court

By: _____

JULIE PRADO

Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

## COUNTER-DEFENDANTS

IVANKA TRUMP MARKS, LLC, a Delaware limited liability company; IVANKA TRUMP MARKS II, LLC, a Delaware limited liability company; FISHER FOOTWEAR LLC, a Delaware limited liability company; Marc Fisher LLC, a Delaware limited liability; Marc Fischer RETAIL LLC, a Delaware limited liability company; and DOES 1-10 inclusive.



## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I. (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Mystique, Inc.

**DEFENDANTS**

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Lee A. Cirsch (SBN 227668)
Lanier Law Firm
2049 Century Park E., Ste. 1940, Los Angeles, CA 90067

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No     **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Violation of California Business and Professions Code Section 17200

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending |  | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other |  |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations |  | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability |  | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service |  | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment |  | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract |  | ☐ 443 Housing/Acco- mmodations | ☐ 630 Liquor Laws | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation |  | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 446 American with Disabilities - Other | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** |  | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application |  | **FEDERAL TAX SUITS** |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
|  | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions |  | ☐ 871 IRS-Third Party 26 USC 7609 |
|  | ☐ 290 All Other Real Property |  | ☐ 440 Other Civil Rights |  |  |

CV12-10217

**FOR OFFICE USE ONLY:**   Case Number:

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Plaintiff Mystique, Inc. principal place of business is in County of Los Angeles | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Ivanka Trump Marks, LLC, Evanka Trump Marks II, LLC, Fisher Footwear LLC Marc Fisher LLC and Fisher Retail LLC are all incorporated in Delaware. |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| County of Los Angeles | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date 11/29/2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge R. Gary Klausner and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

**CV12- 10217 RGK (RZx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [✓] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)          NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY