NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Erin C. Witkow (Bar No. CA 216994); Darren W.
Saunders (Pro Hac Vice)
ewitkow@manatt.com; dsaunders@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 W. Olympic Blvd.
Los Angeles, CA  90064
Tel: (310) 312-4000
Fax: (310) 312-4224
ATTORNEYS FOR : Defendants Ivanka Trump Marks, LLC, et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MYSTIQUE, INC., a California corporation

Plaintiff(s),

v.

IVANKA TRUMP MARKS, LLC, et al.

Defendant(s)

CASE NUMBER:

CV12-10217 RGK (RZx)

AMENDED
**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:      THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Defendants Ivanka Trump Marks, LLC, Ivanka Trump Marks II, LLC, Fisher Footwear LLC, Marc Fisher LLC, Marc Fisher Retail LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Mystique, Inc. | Plaintiff |
| Marc Fisher Holdings LLC | Erroneously named as Defendants Fisher Footwear LLC, Marc Fisher LLC, and Marc Fisher Retail, LLC |
| Ivanka Trump Marks II, LLC | Defendant |
| Ivanka Trump Marks II Member Corp | Managing Member of Defendant |
| Ivanka Trump Revocable Trust dated August 13, 2010 | Parent of Managing Member of Defendant |
| Ivanka Trump | Member of Defendant |

February 14, 2013

Date

s/ Erin C. Witkow

Sign
Attorney of record for Defendants Ivanka Trump Marks, LLC, et al.


American LegalNet, Inc.
www.FormsWorkFlow.com