Lee A. Cirsch (SBN 227668)
THE LANIER LAW FIRM
2049 Century Park East, Suite 1940
Los Angeles, California 90067
Phone: (310) 277-5100
Fax:  (310) 277-5103
lee.cirsch@lanierlawfirm.com

Attorneys for Plaintiff
MYSTIQUE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYSTIQUE, INC., a California corporation,<br><br>                    Plaintiff,<br><br>         v.<br><br>IVANKA TRUMP MARKS, LLC, a Delaware limited liability company; IVANKA TRUMP MARKS II, LLC, a Delaware limited liability company; FISHER FOOTWEAR LLC, a Delaware limited liability company; MARC FISHER LLC, a Delaware limited liability company, MARC FISHER RETAIL LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>                    Defendants. | No.  CV12-10217 RGK (RZx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)**<br><br><br>Hon. R. Gary Klausner, Courtroom 850 |

1     IT IS HEREBY STIPULATED by and between Mystique, Inc. ("Plaintiff"), on the one hand, and Defendants Ivanka Trump Marks, LLC, Ivanka Trump Marks II, LLC, Fisher Footwear LLC, and Marc Fisher LLC (collectively, "Defendants"), on the other hand, that the above-captioned action be, and hereby is, dismissed against Defendants with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), each party to bear its own attorneys' fees and costs.

SO STIPULATED:

Dated: May 13, 2013      THE LANIER LAW FIRM

By: /s/ Lee Cirsch_____
    Lee Cirsch
    Attorneys for Plaintiff
    MYSTIQUE, INC.

Dated: May 13, 2013      MANATT, PHELPS & PHILLIPS, LLP

By: /s/ Erin C. Witkow_____
    Erin C. Witkow
    Attorneys for Defendants
    IVANKA TRUMP MARKS, LLC,
    IVANKA TRUMP MARKS II, LLC,
    FISHER FOOTWEAR LLC, MARC
    FISHER LLC, MARC FISHER
    RETAIL LLC